GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Steinmetz, | Case No. 2:19-cv-00066-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| LexisNexis Risk Solutions Inc., *et al.*, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc.[1] ("Defendant") and Plaintiff Eric Steinmetz ("Plaintiff"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed his Complaint on January 10, 2019.

2. Defendant was served with the Complaint on January 14, 2019.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is February 4, 2019.

4. The undersigned counsel for Defendant was recently retained and continues to review the allegations in Plaintiff's Complaint. Therefore, Defendant requests additional time, up

---

[1] Plaintiff names "LexisNexis" as the defendant in the above-captioned matter. Upon information and belief, LexisNexis Risk Solutions Inc. is the proper defendant.

1

37779717v1

to and including February 25, 2019, to formulate a response to Plaintiff's Complaint.

     5.     Plaintiff consents to the requested extension.

     6.     This is the first request by the Parties seeking such extension.

     7.     Additionally, Defendant agrees to participate in the Rule 26(f) conference at a mutually agreeable time, even if the parties agree to hold the Rule 26(f) conference prior to Defendant's extended responsive pleading deadline.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including February 25, 2019 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED**

Dated this 1st day of February, 2019.

/s/ Miles N. Clark, Esq.
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: miles.clark@knepperclark.com

*Attorney for Plaintiff*
*Eric Steinmetz*

/s/ Gary E. Schnitzer
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

**IT IS SO ORDERED.**

United States Magistrate Judge

Dated this 5th day of February, 2019