Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Infutor Data Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMENTZ, | Case No.: 2:19-cv-00066-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| LEXISNEXIS; AND INFUTOR DATA SOLUTIONS, | **(First Request)** |
| Defendants. | |

**STIPULATION**

Plaintiff Eric Steinmentz and Defendant Infutor Data Solutions, Inc. ("Infutor"), incorrectly sued as Infutor Data Solutions, hereby stipulate and agree as follows:

1. On January 10, 2019, Plaintiff filed the Complaint (ECF No. 1), thereby commencing this action.

2. Plaintiff served the Summons and Complaint on March 5, 2019.

3. As such, the current deadline for Infutor to answer or otherwise plead in response to the Complaint is March 26, 2019.

4. Infutor shall have up to and including April 9, 2019, to answer or otherwise plead in response to the Complaint.

5. By entering into this Stipulation, Infutor does not waive any rights or defenses,

19033488

1

including defenses related to jurisdiction and arbitrability of claims (to the extent applicable).

6. This is the first request for extension of time by Infutor. This stipulation is made for the purpose of evaluating the claims in this action and therefore is made in good faith and not for purposes of delay.

DATED this 22nd day of March, 2019.   DATED this 22nd day of March, 2019.

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Avenue
Suite 170-179
Las Vegas, NV 89129

*Attorneys for Eric Steinmentz*

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN FARBER HYATT
FARBER SCHECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Infutor Data Solutions, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2019

19033488

2